IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STANLEY VANOY RANSOM, III**  **PETITIONER**
*#E-66978*

v.    CASE NO. 4:23-CV-00858-BSM

**ERIC HIGGINS**    **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 2] is adopted. Stanley Ransom's petition for writ of habeas corpus [Doc. No. 1] is denied, and this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE