IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STANLEY VANOY RANSOM, III**  **PETITIONER**
*#E-66978*

v.                       CASE NO. 4:23-CV-00858-BSM

**ERIC HIGGINS**  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of November, 2023.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE